```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3048 |
| | ) | |
| V. | ) | |
| | ) | |
| WILLIAM J. QUINN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The defendant's retained counsel has filed a motion to withdraw, filing 46, stating his client can no longer afford a retained attorney and requests appointment of a Federal Public Defender. I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT THEREFORE HEREBY IS ORDERED:

1. The motion of counsel for defendant to withdraw, filing 46, is granted, effective upon the entry of appearance of new counsel. Defendant's retained counsel shall serve defendant with a copy of this order.

2. The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3. The newly appointed counsel shall promptly file an entry of appearance on behalf of the defendant.

DATED this 19th day of June, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge