IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3048 |
| | ) | |
| V. | ) | |
| | ) | |
| WILLIAM J. QUINN, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that:

1.   The defendant's motion to extend pretrial motion deadline (filing 49) is granted.  The government's objection thereto (filing 50) is denied.

2.   The deadline for filing pretrial motions is extended to July 7, 2008.

3.   The Clerk of Court shall provide a copy of this order to Magistrate Judge Piester.

June 26, 2008.            BY THE COURT:

                  *S/Richard G. Kopf*
                  United States District Judge