IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3048 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM J. QUINN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:


Defendant's unopposed motion to extend deadline, filing 53, is granted and
the deadline for filing pretrial motions is extended to July 21, 2008.


July 2, 2008.                         BY THE COURT:

                                      *s/Richard G. Kopf*
                                      United States District Judge