IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )
                                    )
v.                                  )        Case No.  4:03CR3048
                                    )
WILLIAM J. QUINN,                   )
                                    )
                    Defendant.      )

## ORDER

THIS MATTER comes before the Court on Defendant's Motion to Extend the Deadline for Filing Pretrial Motions, filing 56, from July 21, 2008, until August 4, 2008.  The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the Defendant shall file any pretrial motions in the above captioned matter no later than Monday, August 4, 2008.  This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by extending the deadline for filing pretrial motions.  Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial.  Accordingly, the time from July 21, 2008, until August 4, 2008, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 17th day of July, 2008.

BY THE COURT

s/ David L. Piester

David L. Piester
United States Magistrate Judge