```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3048 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM J. QUINN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. Defendant's motion to continue trial setting, filing 65, is granted and the trial is continued until further order of the court following resolution of the pending motion to dismiss.

2. Plaintiff's motion for extension of time, filing 66, is granted and plaintiff is given until August 22, 2008 to respond to the motion to dismiss.

DATED this 5th day of August, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge