IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3048 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| WILLIAM J. QUINN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on a report and recommendation by Magistrate Judge Piester (filing 71), recommending that the defendant's motion to dismiss (filing 62) be denied. The defendant, William J. Quinn, has filed a statement of objections (filing 74) pursuant to NECrimR 57.3 and 28 U.S.C. § 636(b)(1).

I have conducted a de novo review of the record. I find that inasmuch as the magistrate judge has fully, carefully, and correctly found the facts and applied the law, the magistrate judge's report and recommendation should be adopted and the defendant's statement of objections and motion to dismiss should be denied.

IT IS ORDERED that:

1. the magistrate judge's report and recommendation (filing 71) is adopted;

2. the defendant's statement of objections (filing 74) is denied;  and

3. the defendant's motion to dismiss (filing 62) is denied.

September 18, 2008.                    BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge