IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>                    Plaintiff,              )<br>                                                              )<br>v.                                                          )<br>                                                              )<br>WILLIAM J. QUINN,                       )<br>                                                              )<br>                    Defendant.          ) | Case No. 4:03CR3048 |

### ORDER

THIS MATTER comes before the Court on Defendant's Motion to Continue Sentencing Hearing, filing 91, from February 19, 2009, until a date and time convenient to this Court after April 20, 2009. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the Defendant's one hour evidentiary hearing and sentencing hearing shall be continued until the 22nd day of April, 2009, at 12:30 p.m. The Defendant is ordered to appear at said time. This Court further finds that, based upon the showing set forth in Defendant's motion, the ends of justice will be served by continuing Defendant's sentencing hearing.

Dated this 9th day of February, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge