IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:03CR3048 |
| ) | |
| WILLIAM J. QUINN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before the Court on Defendant's Motion to Continue Sentencing Hearing, filing 93, from April 22, 2009, until a date and time convenient to this Court in approximately 30 days. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the Defendant's one-hour sentencing hearing shall be continued until the 21st day of May, 2009, at 12:30 p.m. The Defendant is ordered to appear at said time. This Court further finds that, based upon the showing set forth in Defendant's motion, the ends of justice will be served by continuing Defendant's sentencing hearing.

Dated this 6th day of April, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge